JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JIN ZHANG,

     Petitioner,

  v.

TODD M. LYONS, ETC., ET AL.,

     Respondents.

No. ED CV 26-1979-E

JUDGMENT

    Pursuant to the "Order for Entry of Judgment," it is adjudged that: (1) ICE's detention of Petitioner violated Petitioner's due process rights; and (2) Respondents are enjoined from re-detaining Petitioner without compliance with applicable law.

    DATED: _May 4_____, 2026.

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE